# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

Marilyn Kelly,
Chief Justice

141080-1

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ONE'S TRAVEL LTD,
            Plaintiff-Appellant,

v                                                                  SC: 141080
                                                                   COA: 287254
                                                                   Ct of Claims: 07-000086-MT

MICHIGAN DEPARTMENT OF TREASURY,
            Defendant-Appellee.
_____/

DATA TECH SERVICES, INC,
            Plaintiff-Appellant,

v                                                                  SC: 141081
                                                                   COA: 287255
                                                                   Ct of Claims: 07-000087-MT

MICHIGAN DEPARTMENT OF TREASURY,
            Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the April 6, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

y1213